ACCEPTED
01-14-00656-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/12/2015 4:21:53 PM
CHRISTOPHER PRINE
CLERK

**No. 1-14-00656-CR**
In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/12/2015 4:21:53 PM

CHRISTOPHER A. PRINE
Clerk

————————◆————————

**No. 1036165**
In the 209th Judicial District Court
Of Harris County, Texas

————————◆————————

**RONALD ROBINSON,** *Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

————————◆————————

STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

————————◆————————

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The appellant was charged by indictment with the offense of capital murder (CR.-203). Appellant was convicted and sentenced to life in the Institutional Division of the Texas Department of Criminal on July 31, 2014(CR. –203). Appellant filed notice of appeal the same day, and the court certified appellant's right to appeal (CR-206-207).

2. The State's brief was due on February11, 2015.  The State hereby requests an extension for the filing of the State's brief until March 13th, 2015.

3. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

The undersigned attorney started work at the District Attorney's Office on January 26th, 20015, and has filed three briefs within that amount of time.

    1) Matthew Vincent Woodard v. The State of Texas
       No. 14-13-00609-CR
       State's Brief filed January 28, 2015

    2) Arturo Chaves v. The State of Texas
       No. 14-13-00609-CR
       State's Brief filed February 2, 2015

    3) Louis Charles Kirk v. The State of Texas
       No. 14-14-00168-CR
       State's Brief filed February  5, 2015

In addition, the undersigned attorney has been assigned the following briefs in addition to the brief in this cause number.

    1)      Artivious Deon Hollins v. The State of Texas
           No. 1-14-00744-CR
           State's Brief due March 5th, 2015

2)      Allison Leigh Campbell
         No. 1-14-00807-CR
         State's Brief due March 11th, 2015


4.  This is the State's first request for an extension of time to file its brief.

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,

/s/  Kimberly Stelter
**KIMBERLY STELTER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
Stelter_Kimberly@dao.hctx.net
TBC No. 19141400

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing instrument will be served by efile.txcourts.gov to:

Ken Goode
Attorney at Law
P.O. Box 59047
Houston, Texas 77259
Goodedkc@msn.com

/s/  Kimberly Stelter
**KIMBERLY STELTER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826

<u>Date:  February 12, 2015</u>